UNITED STATES DISTRICT COURT

SOUTHERN ████ DISTRICT OF NEW YORK x

CHAD. S. JOHNSON,

　　　　　　　　Plaintiff,　　　　　CIVIL RIGHTS
　　　　　　　　　　　　　　　　　COMPLAINT
　　　-against-
　　　　　　　　　　　　　　　　　42 U.S.C. § 1983

Department of Corrections,
DownState Correctional Facility,　　JURY DEMAND
Wardon of DownState Correctional Facility,　YES ☒ NO ☐
Deputy of Securty, Sergeant. S. Pettie,
LT. Kailvetti, Officer D. Allen, John Doe 1,
John Doe 2, John Doe 3. Individually &
Officail Capacities.　　Defendants. x

RECEIVED SDNY PRO SE OFFICE 2021 FEB -3 AM 11:28

1. Parties:

A) NAME OF Plaintiff: CHAD.S. Johnson
Facility & Address: Great Meadow Correctional Facility,
　　　　　　Box 51, Comstock, NEW YORK, 12821-0051
Prisoner ID Number: 12-A-0372.

B) List all defendants:

Defendant No 1: New York State Department of Corrections

Defendant No 2: DownState Correctional Facility
Address: 121 Red Schoolhouse Road, P.O Box F, Fishkill, Ny, 12524

Defendant No 3: Wardon of DownState Correctional Facility
Address: 121 Red Schoolhouse Road, P.O Box F, Fishkill, Ny, 12524

Defendant No 4: Deputy of Security
Address: 121 Red Schoolhouse Road, P.O Box F, Fishkill, Ny, 12524

Defendant No 5: Sergeant. S. Petrie
Job Title: Facility Sergeant
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 6: Lieutenant. Kailvetti
Job Title: Lieutenant at Downstate Correctional Facility
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 7: Officer D. Allen
Job Title: Correction Officer at Downstate Correctional Facility
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 8: John Doe 1
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 9: John Doe 2
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 10: John Doe 3 - 6
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

2.) Statement of Claim:

Question: Where did the events giving rise to your claim(s) occur?

Answer: Events giving rise to my claim(s) occur while I was housed at Downstate Correctional Facility (CADRC)

Question: When did the events happen?

Answer: Approximately From September 2018 - January 2021

PAGE 2 OF 8

Facts:(What Happened?) Cruel & unusal Punishmet

Claim 1 · Sometime in 2019 I CHAD. S. JOHNSON was Forced ~~by~~ & Intemidated
by Sergeat. S. Petrie to take a Cell Phone which was in his
par       , Unpon which I was Forced to sell drugs, and
Send Payments to a Bitcoin account. Sergeat. S. Petrie
accomplished this by having a Correction Officer who I
Label in this Complaint as John Doe #1, plant contraband
in my Cell in the Forum of Crushed glass in a Bic Pen, I
was than placed on Keeplock & Confined to my Cell, Two day
later I was Called to building 5 where Lieutenant. Kailvetti.
Conducted my disciplinary hearing Upon, entering Lieutenant. Kailvetti.
Stated to me "Someone called on your behalf So I'm willing
to give you time Servesed" after that Lieutenant. Kailvetti
told me what to Say on the "record" and than give me Time
Servesed. Sometime after that I was Called to 4 Complexe
Sergeat's Office where Sergeant. S. Petrie threatened
to Set me up again & Send me Futher up noCth IF I didn't
take the Cell ~~Phone~~ Phone & drugs and do as he wanted.

Facts: (What Happened?) Excessive Force & Conspirisy

Claim 2 • Sometime ~~in coming~~ towards the end of 2020 Correction Officer D. Allen took the bid to work 4 Complexe D-Block (CADRE), about a week or so after Officer D. Allen started working D-Block he approched Me while I was in my Cell & told me he knows about the Cell Phone and what Sergeant. S. Petrie is Forcing me to do (Sell drugs & Send payments through Bitcoin). Officer D. Allen would Constantly on a daily bases come into My Cell & tell me of how he (D. Allen) and other officers would beat up inmates & how Certain Sergeant would participate and than help Cover it up. There came a point in time when Officer D. Allen came into my Cell & told me that he was going to bring in dope (Herion) into the Jail and that I was to Sell it for him, I told officer D. Allen that I didnot want to Sell drugs or take part in any criminal activity, but Officer D. Allen refused to listen, a Cuple of days later in October of 2020 a inmate died of an "herion" overdose

PAGE 4 OF 8

Facts: Continued From Page 4

Claim 2 · Unknown to Officer D. Allen I CHAD. S. JOHNSON
Started recording Officer D. Allen when he came
into My Cell, I recorded Officer D. Allen with the
Cell Phone I was "Forced" to accept by Sergeant. S. Petrie,
I recorded Officer D. Allen on ~~multiple~~ numerous
occations talking of the Curuption going on in Downstate
Correctional Facility, I recorded Officer D. Allen trying to
Force Me into Selling drugs. Once I got these recordings
I sent them to emails I've set-up; once I had these
recording, I had the proof I needed to Stop these Corupt
Correctional Officals From Forcing me to illegal things.

Claim 3 · Retailiation-

Once I had these recordings as proof I stopped taking
drugs From Officerss $ I stop sending payments to Sergeant.
S. Petrie. On January-9-2021 Sergeant. S. Petrie was
Working 4 Complexe as area Sergeant, When I looked out
My Cell I Could tell that him $ Officer D. Allen was in

Facts: Continued From Page 5

**Claim 3**  a Heated decussion; I went back into my cell & laid on the bed about 2 Minutes later Inmate Micheal Murcus & Inmate Piere Hunt Came to my tire & asked did I Cook yet, as I was telling them that I would not be cooking Sergeant. S. Petrie came on to the tire and told Both Inmates Micheal Murcus & Peire Hunt to Step From inFront oF My Cell & to put hands on the wall to the right oF My Cell, Sergeant. S. Petrie than Step in to my cell & Closed the door, he (SGT) Petrie than asked me why have I Stop making payments to which I told SGT. Petrie I No longer ████████ Do any thing illegal & to leave Me alone; SGT. Petrie than ordered me out of the Cell & I was taken to the S.H.U (Box) along with inmates Micheal Murcus & Peire Hunt; I was then given a ticket For possession oF a Cell Phone, a Cell Phone that was Forced Upon me by SGT. Petric; When I was Tranfered From Downstate Correctional all My legal work was thrown

PAGE 6 OF 8

Facts: Continued From Page 6

Claim 3 • in the garbaged & Distroyed, what legal work I Did get had hygine products (Shampoo) poured on it. ALL My PreTrail/Trail Transcripts are gone, this was intentaily done by John Doe 2,3, and 4 who searched my Cell & packed MY property.

Claim 4 • Failure to Propery Supesvis & Prevent Coruption Remaining defendants 1)New York State Department of Correction, 2)wardon of Downstate Correctional Facility, and 3) Deputy of Security of Downstate Correctional Facility Failed to Propery Supervis Staff esspecailly in light of other incidents where inmates had Cell Phone that could have only been brought in by Correctional Staff, and allowing an ~~a~~ envirement where Coruption is dealt with in house & sheilded From the public.

2.A. Injuries:

Mental, Emotional, and phyisal Distress; Distruction of Personal ~~Prope~~ Property; unable to trust any Correctional Staff; False Charges added to disciplinary record.

PAGE 7 OF 8

3. Relief:

Plaintiff seeks Punitive damages in the amount

OF $10,000,000.00 (10 Million); as well as Compensatory

damages in the amount of $2,000,000.00 (2 Million)

Jointly & Severally against each defendant;

Lastly Plaintiff Seeks an Immediate Judical

Intervention to obtain evidence in the Form of Recording

before it is distroyed by defendants. Order of Protection for safety.

I declare under penalty of perjury that on January,

27,2021, I delivered this Complaint to prison authorities at

Great Meadow Corr.Fac, to be mailed to the United States District

Court For the Southern District of New York.

I declare under penalty of perjury that the Foregoing is

true and Correct.

Date: January. 27, 2021                     Chad. S. Johnson

Great Meadow Correctional Fac.
Box 51
Comstock, New York, 12821-0051
Prisoner ID # 12-A-0372

PAGE 8 OF 8

UNITED STATES DISTRICT COURT

SOUTHERN ██████ DISTRICT OF NEW YORK x

CHAD. S. JOHNSON,

Plaintiff,                                CIVIL RIGHTS
                                         COMPLAINT
-against-
                                         42 USC. § 1983

Department of Corrections,
DownState Correctional Facility,          JURY DEMAND
Warden of DownState Correctional Facility,  YES ☒  NO ☐
Deputy of Security, Sergeant. S. Petrie,
LT. Kailvetti, Officer D. Allen, John Doe 1,
John Doe 2, John Doe 3. Individually &
Official Capacities.    Defendants!   x

1. Parties:

A) NAME OF Plaintiff: CHAD. S. Johnson
Facility & Address: Great Meadow Correctional Facility,
        Box 51, Comstock, New York, 12821-0051
Prisoner I.D Number: 12-A-0372

B) List all defendants:

Defendant No 1: New York State Department of Corrections

Defendant No 2: DownState Correctional Facility
Address: 121 Red Schoolhouse Road, P.O Box E, Fishkill, Ny, 12524

Defendant No 3: Warden of DownState Correctional Facility
Address: 121 Red Schoolhouse Road, P.O BoxF, Fishkill, Ny, 12524

Defendant No 4: Deputy of Security
Address: 121 Red SchoolThouse Road, P.O. Box E, Fishkill, Ny, 12524

PAGE 1 OF 8

Defendant No 5: Sergeant. S. Petrie
Job Title: Facility Sergeant
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 6: Lieutenant. Kailvetti
Job Title: Lieutenant at Downstate Correctional Facility
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 7: Officer D. Allen
Job Title: Correction Officer at Downstate Correctional Facility
Address: 121 Red Schoolhouse Road, P.O. Box F, Fishkill, Ny, 12524

Defendant No 8: John Doe 1
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.O Box F, Fishkill, Ny, 12524

Defendant No 9: John Doe 2
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.o. Box F, Fishkill, Ny, 12524

Defendant No 10: John Doe 3-6
Job Title: Correction Officer
Address: 121 Red Schoolhouse Road, P.o. Box F, Fishkill, Ny, 12524

2.) Statement of Claim:

Question: Where did the events giving rise to your claim(s) occur?

Answer: Events giving rise to my claim(s) occur while I was housed at Downstate Correctional Facility (CADRC)

Question: When did the events happen?

Answer: Approximately from September 2018 - January 2021

PAGE 2 OF 8

Facts:(What Happened?) Cruel & unusal Punishmet

Claim 1. Sometime in 2019 I CHAD.S.JOHNSON was Forced & Intemidated

by Sergeat. S. Petrie to take a Cell Phone which was in his

per          , unpon which I was Forced to sell drugs, and

Send Payments to a Bitcoin account. Sergeat. S. Petrie

accomplished this by having a Correction officer who I

Label in this Complaint as John Doe I, plant contraband

in my Cell in the Forum of Crushed glass in a Bic Pen, I

was than placed on Keeplock & Confined to my Cell, Two day

later I was Called to building 5 where Lieutenant. Kailvetti

Conducted my disciplinary hearing upon, entering Lieutenant. Kailvetti

Stated to me "Someone Called on your behalf So I'm willing

to give you time Servered" after that Lieutenant. Kailvetti

told Me what to Say on the "record" and than give me Time

Servesed. Sometime after that I was Called to 4 Complexe

Sergeat's office where Sergeant. S. Petrie threatened

to Set me up agdin & Send Me Futher up north IF I didn't

take the Cell Phone & drugs and do as he wanted.

PAGE 3 OF 8

Facts: (What Happened?) Excessive Force & Conspirisy

Claim 2 • Sometime in Decembertowards the end of 2020 Correction Officer D. Allen took the bid to work 4 Complexe D-Block (CADRE), about a week or so after Officer D. Allen started working D. Block he approched Me while I was in my cell & told me he knows about the Cell Phone and what Sergeant. S. Petrie is forcing me to do (Sell drugs & Send payments through Bitcoin). Officer D. Allen would constantly on a daily bases come into My cell & tell me of how he (D. Allen) and other officers would beat up inmates & how certain sergeant would participate and than help cover it up. These came a point in time when Officer D. Allen came into my cell & told me that he was going to bring in dope (Herion) into the Jail and that I was to sell it for him, I told officer D. Allen that I didnot want to sell drugs or take part in any criminal activity, but officer D. Allen refused to listen, a cuple of days later in october of 2020 a inmate died of an "herion" overdose

PAGE 4 OF 8

Facts: Continued From Page 4

Claim 2 • Unknown to Officer D. Allen I CHAD. S. JOHNSON
Started recording Officer D. Allen ~~when~~ when he came
into My Cell, I recorded Officer D. Allen with the
Cell Phone I was "Forced" to accept by Sergeant. S. Petrie,
I recorded Officer D. Allen on ~~numerous~~ numerous
occations talking of the Curuption going on in Downstate
Correctional Facility, I recorded Officer D. Allen trying to
Force Me into Selling drugs. Once I got these recordings
I sent them to emails I've set-up; once I had these
recording, I had the proof I needed to stop these Corupt
Correctional officials From Forcing me to illegal things.

Claim 3 • Retailiation-

Once I had these recordings as proof I stopped taking
drugs From Officers & I Stop Sending payments to Sergeant.
S. Petrie. On January-9-2021 Sergeant. S. Petrie was
Working 4 Complexe as area Sergeant, when I Looked out
My Cell I Could tell that him & Officer D. Allen was in

PAGE 5 OF 8

Facts: Continued From Page 5

Claim 3 : a Heated decussion; I went back into my cell & laid on the bed about 2 Minutes later Inmate Micheal Murcus & Inmate Piere Hunt Came to my tire & asked did I Cook yet, as I was telling them that I would not be Cooking Sergeant. S. Petrie came on to the tire and told Both Inmates Micheal Murcus & Peire Hunt to Step From inFront oF My Cell & to put hands on the wall to the right oF My Cell, Sergeant. S. Petrie than Step in to my cell & Closed the door, he (SGT) Petrie than asked me why have I Stop making payments to which I told SGT. Petrie I No longer ████████ Do any thing illegal & to leave Me alone; SGT. Petrie than ordered me out of the Cell & I was taken to the S.H.U (Box) along with inmates Micheal Murcus & Peire Hunt; I was then given a ticket For possession oF a Cell Phone, a Cell Phone that was Forced upon me by SGT. Petrie; When I was Tranferred From Downstate Correctional all My legal work was thrown

PAGE 6 OF 8

Facts: Continued From Page 6

Claim 3  · in the garbaged & Distroyed, what legal work I

Did get had hygine products (Shampoo) poured on it.

ALL My PreTrail/Trail Transcripts are gone, this was

intentaily done by John Doe 2,3, and 4 who Searched

my cell & packed My property.

Claim 4  · Failure to Propersy Supervis & Prevent Coruption

Remaining defendants  1)New York State Department of

Correction, 2)Warden of Downstate Correctional Facility,

and 3) Deputy of Security of Downstate Correctional Facility

Failed to Propersy Supervis Staff esspeaily in light of other

incidents where inmates had Cell Phone that Could have only

been brought in by Correctional Staff, and allowing an

enviroment where Coruption is dealt with in house &

Sheilded From the public.

2.A.  Injuries:

Mental. Emotional, and phyisal Distress; Distruction of Personal

Property; Unable to trust any correctional Starr; False Charges

added to disciplinary record

PAGE 7 OF 8

3. Relief:

Plaintiff seeks Punitive damages in the amount
of $10,000,000.00 (10 Million); as well as Compensatory
damages in the amount of $2,000,000.00 (2 Million)
Jointly & Severally against each defendant;
Lastly Plaintiff Seeks an Immediate Judical
Intervention to obtain evidence in the form of Recording
before it is distroyed by defendants, Order of Protection for safety.

    I declare under penalty of perjury that on January,
27, 2021, I delivered this Complaint to prison authorities at
Great Meadow corr. Fac, to be mailed to the United States District
Court For the Southern District of New York.

    I declare under penalty of perjury that the foregoing is
true and correct.

Date: January-27-2021          Chad. S. Johnson

                              Great Meadow Correctional Fac.
                              Box 51
                              Comstock, New York, 12821-0051
                              Prisoner ID# 12A-0372

PAGE 8 OF 8

Gred

Box 51

Comstock, New York, 12821-0051
Name: CHAD S. JOHNSON   Din: 12A0372


USM P3
SDNY

Great Meadow        NEOPOST
                    01/27/2021
              US POSTAGE $001.80

              ZIP 12821
              041M11283103
Correctional Facility

SDNY PRO SE OFFICE
2021 FEB -3 AM II: 26


RECEIVED
JAN 29 2021
CLERK'S OFFICE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN U.S CourtHouse
500 Pearl ST.
New York, 10007-1316

Pro Se JKR

# LEGAL MAIL