UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
AUG 26 2021
U.S.D.C.
W.P.

CHAD S. JOHNSON

Write the full name of each plaintiff.

21 cv 0986 (VB)

(Include case number if one has been assigned)

-against-

"See Attached"

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17



Defendants

SUPERINTENDENT ROBERT MORTON;

EDWARD BURNETTE, Deputy of Security;

SERGEANT S. PETRIE;

LT. Kailvetti;

Correction Officer D. Allen;

Correction Officer MASON HAMILTON;

Correction Officer Travis Small;

Correction Officer JAMES MAKEL;

Correction Officer Raymond ORTIZ;

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

_Eighth Amendmet, 14th Fourteenth Amendment_

**B. If you checked Diversity of Citizenship**

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

CHAD                  S              JOHNSON
First Name            Middle Initial  Last Name

Eastern NY Correctional Facility
Street Address

Napanoch                    New York      12458-0338
County, City                State         Zip Code

_____      _____
Telephone Number            Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ROBERT MORTON
First Name / Last Name

Current Job Title (or other identifying information)
NY State Dept. of Corrections, HARRIMAN STATE CAMPUS,
Current Work Address (or other address where defendant may be served)
1220 Washington Ave, Albany, NY 12226
County, City / State / Zip Code

Defendant 2: EDWARD BURNETT
First Name / Last Name

Superintendent
Current Job Title (or other identifying information)
Downstate Correctional Facility
Current Work Address (or other address where defendant may be served)
Fishkill   NY   12524
County, City / State / Zip Code

Defendant 3: S Petrie
First Name / Last Name

Current Job Title (or other identifying information)
Downstate Correctional Facility
Current Work Address (or other address where defendant may be served)
Fishkill   NY   12524
County, City / State / Zip Code

Page 4

Defendant 4: **KAILUCITI**
First Name / Last Name

Lieutenant
Current Job Title (or other identifying information)

Downstate Correctional Facility
Current Work Address (or other address where defendant may be served)

Fishkill          NY          12524
County, City      State       Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: Downstate Correctional Facility

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

"See Attached"



Defendant 5:

Frist Name: D    Last Name: Allen

Job title: Correction Officer

ADDRESS: Downstate Correctional Facility, Fishkill, NY, 12524

Defendant 6: Frist NAME: MASON, LAST NAME: HAMILTON

Job title: Correction Officer

ADDRESS: ALBURN Correctional Facility, P.O. Box 618,
 AUBURN, NY, 149

Defendant 7: Frist NAME: TRAVIS, LAST NAME: SMALL

Job Title: Correction Officer

ADDRESS: Downstate Correctional Facility, Fishkill, NY, 12524

Defendant 8: JAMES    MAKEL

Job Title: Correction Officer

ADDRESS: Downstate Correctional Facility, Fishkill, NY, 12524

Defendant 9: RAYMOND   ORTIZ

Job Title: Correction Office

ADDRESS: Downstate Correctional Facility, Fishkill, NY, 12524

Facts: (What Happened?) Cruel & Unusal Punishment

Claim 1  Sometime in 2019 I CHAD.S.JOHNSON was forced & Intemidated by Sergeat. S. Petrie to take a Cell Phone which was in his pec_____, unpon which I was Forced to sell drugs, and send payments to a Bitcoin account. Sergeat. S. Petrie accomplished this by having a correction officer who I label in this complaint as Officer Mason Hamilto~~_____~~, plant contraband in my cell in the forum of crushed glass in a Bic Pen, I was than placed on Keeplock & confined to my cell, Two day later I was called to building 5 where Lieutenant. Kailvetti conducted my disciplinary hearing upon, entering Lieutenant. Kailvetti stated to me "Someone called on your behalf so I'm willing to give you time servered" after that Lieutenant. Kailvetti told me what to say on the "record" and than give me Time Servered. Sometime after that I was called to 4 Complexe Sergeat's office where Sergeant. S. Petrie threatened to set me up again & send me futher up no(th IF I didn't take the Cell ~~home~~ Phone & drugs and do as he wanted.

PAGE 1 OF 5

Facts: (What Happened?) Excessive Force & Conspiracy

Claim 2 • Sometime ~~in months~~ towards the end of 2020 Correction Officer D. Allen took the bid to work 4 Complex D-Block (CADRE), about a week or so after Officer D. Allen started working D-Block he approched me while I was in my Cell & told me he knows about the Cell Phone and what Sergeant. S. Petrie is Forcing me to do (Sell drugs & Send payments through Bitcoin). Officer D. Allen would constantly on a daily bases come into my Cell & tell me of how he (D. Allen) and other Officers would beat up inmates & how Certain Sergeant would participate and than help Cover it up. There came a point in time when Officer D. Allen came into my Cell & told me that he was going to bring in dope (Heroin) into the Jail and that I was to Sell it for him, I told Officer D. Allen that I didnot want to sell drugs or take part in any criminal activity, but Officer D. Allen refused to listen, a cuple of days later in October of 2020 a inmate died of an "herion" overdose

PAGE 2 OF 5

Facts: Continued From Page 4

Claim 2: Unknown to Officer D. Allen I CHAD. S. JOHNSON started recording Officer D. Allen when he came into my cell, I recorded Officer D. Allen with the Cell Phone I was "Forced" to accept by Sergeant. S. Petrie, I recorded Officer D. Allen on numerous occasions talking of the Curuption going on in Downstate Correctional Facility, I recorded Officer D. Allen trying to Force Me into Selling drugs. Once I got these recordings I sent them to emails I've set-up; once I had these recording, I had the proof I needed to stop these corupt Correctional officals From Forcing me to illegal things.

Claim 3: Retailiation-
Once I had these recordings as proof I stopped taking drugs From Officers & I stop sending payments to Sergeant. S. Petrie. On January-9-2021 Sergeant. S. Petrie was working 4 Complexe as area Sergeant, when I looked out my cell I could tell that him & Officer D. Allen was in

PAGE 3 OF 5

Facts: Continued From Page 5

Claim 3 — a Heated decussion; I went back into my cell & laid on the bed about 2 Minutes later Inmate. Micheal Murcus & Inmate Piere Hunt Came to my tire & asked did I cook yet, as I was telling them that I would not be Cooking Sergeant. S. Petrie came on to the tire and told Both Inmates Micheal Murcus & Peire Hunt to Step From in Front of My cell & to put hands on the wall to the right of My cell, Sergeant. S. Petrie than Step in to my cell & Closed the door, he (SGT) Petrie than asked me why have I Stop making payments to which I told SGT. Petrie I No longer ████████ Do any thing illegal & to leave Me alone; SGT. Petrie than ordered me out of the cell & I was taken to the S.H.U (Box) along with inmates Micheal Murcus & Peire Hunt; I was then given a ticket For possession of a cell Phone, a cell Phone that was forced upon me by SGT. Petrie; When I was Transferred From Downstate correctional all My legal work was thrown

PAGE 4 OF 5

Facts: Continued From Page 4

Claim 3 in the garbaged & Distroyed, what legal work I did get had hygine products (Shampoo) poured on it. Most of my Pre-Trail/Trail Transcripts are gone, this was intentaily done by officers Travis Smalls, James Makel, Raymond ortiz who searched my cell & packed my property.

Claim 4 Conspiracy

Officer D. Allen and SGT. S. Petrie Conspired on January 9-2021 to set me up and violate my rights, this is proven through SGT. S. Petrie's disciplinary ticket date January-9-2021 4:55pm and officer D. Allen's "To/From" date January-9-2021 4:40 pm; a "To/From" can never be dated or time stamped before a disciplinary ticket because it come after a disciplinary ticket, for officer D. Allen to write a "To/From" 15 Minutes before the ticket gos against Rules and procedures; what mores is SGT. S. Petrie admitts during Plaintiffs Hearing he set me up, which was Tape recorded.

Page       of

CLAIM 5 Failure to properly Supervis & Prevent Coruption.

Superintendent Robert Morton & Deputy of Security EDWARD BURNETT Fail to properly Supervis Staff esspecially in light of other incidents where inmates had Cell Phones that could have only been brought in by Correctional Staff.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental, Emotional, and physical Distress; Destruction of Personal property.

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff seeks damages in the amount of 10 Million; as well as Compensatory damages in the amount of 2 Million jointly & severally against each defendant; Lastly Plaintiff seek immediate Judical Intervention to obtain evidence in the form of Recording before it is distroyed by defendants.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Date:** Aug-18-2021

**Plaintiff's Signature:** C. Johnson

**First Name:** CHAD
**Middle Initial:** S
**Last Name:** JOHNSON

**Street Address:** EASTERN Correctional Facility

**County, City:** Napanoch
**State:** NY
**Zip Code:** 12458-0338

**Telephone Number:**

**Email Address (if available):**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

EASTERN NY Correctional Facility
BOX 338
NAPANOCH, New YORK 12458-0338
CHAD JOHNSON



RECEIVED
AUG 26 2021
U.S.D.C.
W.P.

ATT: CLERKS OFFICE
UNITED STATES DISTRICT COURT
U.S COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

Legal Mail