UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAD S. JOHNSON,
        Plaintiff,

v.

SUPERINTENDENT ROBERT MORTON;
EDWARD BURNETTE, Deputy of Security;
SERGEANT S. PETRIE; LT. KAILVETTI;
CORRECTION OFFICER D. ALLEN;
CORRECTION OFFICER MASON
HAMILTON; CORRECTION OFFICER
TRAVIS SMALL; CORRECTION OFFICER
JAMES MAKEL; and CORRECTION
OFFICER RAYMOND ORTIZ,
        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 986 (VB)

    On November 22, 2021, defendants moved to dismiss. (Doc. #38). On December 3, 2021, the Court entered a briefing schedule for the motion, which provided that plaintiff's opposition was due on January 7, 2022, and defendants' reply was due on January 28, 2022. (Doc. #42). To date, plaintiff has not responded to defendants' motion.

    Accordingly, it is HEREBY ORDERED that plaintiff's deadline to oppose defendants' motion to dismiss is <u>sua</u> <u>sponte</u> extended to **February 17, 2022**. Any reply by defendants shall be filed by **March 3, 2022**.

    **<u>No further extensions of plaintiff's deadline to oppose defendants' motion shall be granted. Should plaintiff fail to oppose defendants' motion to dismiss by February 17, 2022, the Court will deem the motion fully submitted and decide it in due course.</u>**

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is denied for the purpose of an appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 18, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge