UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHAD S. JOHNSON,
                    Plaintiff,

v.

SUPERINTENDENT ROBERT MORTON;
EDWARD BURNETTE, Deputy of Security;
SERGEANT S. PETRIE; LT. KAILVETTI;
CORRECTION OFFICER D. ALLEN;
CORRECTION OFFICER MASON
HAMILTON; CORRECTION OFFICER
TRAVIS SMALL; CORRECTION OFFICER
JAMES MAKEL; and CORRECTION
OFFICER RAYMOND ORTIZ,
                    Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 986 (VB)

On November 22, 2021, defendants moved to dismiss.  (Doc. #38).  On December 3, 2021, the Court entered a briefing schedule for the motion, which provided that plaintiff's opposition was due on January 7, 2022, and defendants' reply was due on January 28, 2022. (Doc. #42).  Plaintiff did not respond by January 7, 2022.

On January 18, 2022, the Court sua sponte extended plaintiff's deadline to oppose defendants' motion to dismiss to February 17, 2022.  (Doc. #43).  Moreover, the Court warned plaintiff that no further extensions would be granted, and that if he failed to oppose defendant's motion to dismiss by February 17, 2022, the Court would deem the motion fully submitted and decide it in due course.

To date, plaintiff has not responded to defendants' motion.  Thus, the Court deems defendants' motion fully submitted and will decide it in due course.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 2, 2022
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

2