UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
CHAD S. JOHNSON,

                        Plaintiff,

         - against -

SUPERINTENDENT ROBERT MORTON, et al.

                       Defendants.
--------------------------------------------------------------- X

Case No. 21-CV-986 (VB)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Chad S. Johnson, DIN # 12-A-0372, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated:   September 28, 2022
         White Plains, New York

                                               SO ORDERED

                                               _____
                                               VINCENT L. BRICCETTI
                                               United States District Judge

Copies Mailed/Faxed 9/28/22
Chambers of Vincent L. Briccetti