UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAD S. JOHNSON,
             Plaintiff,

v.

SERGEANT S. PETRIE, CORRECTION
OFFICER D. ALLEN, and CORRECTION
OFFICER MASON HAMILTON,
             Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 986 (VB)

    On April 24, 2023, defendants filed a motion for summary judgment (Doc. #67), and a certificate of service indicating defense counsel served plaintiff, proceeding pro se and in forma pauperis, with the motion and supporting papers by first class mail at the address on the docket. (Doc. #75).

    By Order dated March 30, 2023, the Court directed plaintiff to file his response to the motion for summary judgment by June 7, 2023, and defendants to file their reply, if any, by June 22, 2023. (Doc. #66).

    To date, plaintiff has not filed a response.

    Accordingly, it is hereby ORDERED:

    1.    Plaintiff's deadline to file a response to defendants' motion for summary judgment is sua sponte extended to **July 14, 2023**. Plaintiff is reminded that he is expected to comply with the guidelines contained in the motions guide previously sent to plaintiff with the Order dated January 18, 2023.

    2.    By **July 28, 2023**, defendants shall file their reply, if any.

    3.    **No further extensions of plaintiff's deadline to oppose the motion for summary judgment shall be granted. Should plaintiff fail to oppose the motion for**

1

**summary judgment by July 15, 2023, the Court will deem the motion fully submitted and decide it in due course.**

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: June 15, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge