UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAD S. JOHNSON,
              Plaintiff,

v.

SERGEANT S. PETRIE,
              Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 986 (VB)

      By Order dated January 30, 2024, the Court scheduled a telephone conference in the above matter for today, March 13, 2024, at 2:30 p.m. (Doc. #81).

      However, the Court has been advised that plaintiff, proceeding pro se and in forma pauperis, is unable to appear at today's conference because the facility in which he is incarcerated is currently under lockdown. Accordingly, the telephone conference scheduled for today is ADJOURNED to **March 19, 2024, at 9:30 a.m.**

      As previously ordered, at the March 19 conference, the parties shall be prepared to discuss the scheduling of an exhaustion hearing, as well as proposed procedures and any witnesses and/or evidence each side anticipates presenting at the hearing. The parties shall also be prepared to update the Court on settlement discussions on that date.

      It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

      Dial-In Number:  (888) 363-4749 (toll free) or (215) 446-3662
      Access Code:  1703567

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti
3/13/24 CLM