UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHAD S. JOHNSON,
           Plaintiff,

v.

SERGEANT S. PETRIE,
           Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 986 (VB)

*Copies Mailed/Faxed 3/19/24*
*Chambers of Vincent L. Briccetti*

       As discussed at a telephone conference held on the record today, at which plaintiff, proceeding pro se and in forma pauperis, and defense counsel both appeared, it is HEREBY ORDERED:

1. Defense counsel is directed to conduct a reasonable investigation into:

    (i) interviews the Office of Special Investigations conducted with plaintiff concerning the allegations in this case, including the identity of the interviewers and documentation of the interviews, if any;
    (ii) logbooks for the disciplinary segregation unit at Great Meadow Correctional Facility during the pertinent time period after plaintiff's arrival at the facility; and
    (iii) any other documentary or video evidence that would either support or refute plaintiff's allegations that he was denied the opportunity to file a grievance concerning defendant Petrie's alleged retaliation.

2. By **May 3, 2024**, defense counsel shall file a status report concerning settlement, including whether there is anything the Court can do to assist in that regard.

3. By separate Order, the Court shall grant plaintiff's request for the appointment of pro bono counsel.

4. A case management conference is scheduled for **June 18, 2024, at 9:30 a.m.** If pro bono counsel has not appeared for plaintiff by that date, the conference shall proceed by telephone. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by phone:

      Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662;
      Access Code: 1703567

Dated: March 19, 2024
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1